UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-21583-CIV-MARTINEZ/MCALILEY

ANTHONY TWOREK, on his own behalf and
others similarly situated,

    Plaintiff,

v.

777 BRICKELL PARTNERS, LLC, a Texas Limited Liability Company,
TRULUCK'S SEAFOOD, LLC, a Texas Limited Liability Company,
and XYZ ENTITIES 1-10 (fictitious names of unknown liable entities),

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff Anthony Tworek and Defendants 777 Brickell Partners, LLC and Truluck's Seafood, LLC jointly request that the Court approve the settlement reached between the parties that has been submitted for *in-camera* review and dismiss the claims made in this matter by entering the attached Order of Dismissal With Prejudice upon the Court's approval.

Respectfully submitted on this 28th day of August, 2012.

| | |
|---|---|
| **/s/ KEITH M. STERN** | **/s/MARK D. TEMPLE** |
| Keith M. Stern, Esq. | Mark D. Temple, Esq. (Admitted Pro Hac Vice) |
| Florida Bar No. 321000 | |
| Email: kstern@shavitzlaw.com | Texas Bar No. 00794727 |
| SHAVITZ LAW GROUP, P.A. | Email: mdtemple@jonesday.com |
| 1515 S. Federal Hwy, Suite 404 | Jones Day |
| Boca Raton, Florida 33432 | 717 Texas Avenue, Suite 3300 |
| Telephone: (561) 447-8888 | Houston, Texas 77002 |
| Facsimile: (561) 447-8831 | Telephone: (832) 239-3939 |
| Attorneys for Plaintiff | Facsimile: (832) 239-3600 |
| | *Attorney for Defendants* 777 Brickell Partners, LLC and Truluck's Seafood, LLC |

HUI-153847v1

Andrew S. Hament, Esq.
Florida Bar No. 325279
E-mail: ahament@fordharrison.com
FORD & HARRISON LLP
1901 S. Harbor City Blvd., Suite 501
Melbourne, FL 32901
Telephone: (321) 724-5633
Facsimile: (321) 541-1468
*Attorney for Defendants*
*777 Brickell Partners, LLC and Truluck's*
*Seafood, LLC*

Elizabeth M. Rodriguez, Esq.
Florida Bar No. 821690
Email: erodriguez@fordharrision.com
Ford & Harrison LLP
100 S.E. 2"d Street, Suite 2150
Miami, Florida 3 3131
Telephone: (305) 808-2100
Facsimile: (305) 808-2101
*Attorneys for Defendants* 777 Brickell
*Partners, LLC and Truluck's Seafood, LLC*

HUI-153847v1